# In the United States Court of Federal Claims

No. 03-2752 C

(Filed July 9, 2013)

```
* * * * * * * * * * * * * * * * * * * *
KEITH L. KELLER,                       *
                                       *
              Plaintiff,               *
                                       *
       v.                              *
                                       *
THE UNITED STATES,                     *
                                       *
              Defendant.               *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

     On July 5, 2013, plaintiff filed a Consent Motion for an Enlargement of Time of thirty days, to and including August 7, 2013, within which to file "a response to Defendant's Reply to Plaintiff's Response to Defendant's Renewed Motion to Dismiss and Motion for Judgment on the Administrative Record and Defendant's Response to Plaintiff's Cross-Motion for Judgment on the Administrative Record." Mot. at ¶ 1. Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**; and plaintiff shall **FILE** his **Reply to Defendant's Response to Plaintiff's Cross-Motion for Judgment on the Administrative Record** on or before **August 7, 2013**.

                                                    s/Lynn J. Bush
                                                    LYNN J. BUSH
                                                    Judge